*In re* FERMÍN B. ARRAIZA MIRANDA.

*Número:* 2472    *Resuelto:* 21 de enero de 1988

*Govén D. Martínez Surís, Director de Inspección de Notarías,* querellante; *Fermín B. Arraiza Miranda,* por derecho propio, querellado.

## RESOLUCIÓN

Mediante resolución de 30 de diciembre de 1983 suspendimos al Lic. Fermín B. Arraiza Miranda del ejercicio de la abogacía y el notariado hasta que satisficiera las sumas adeudadas por él al Colegio de Abogados.

El Lic. Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías, nos informa que el Lic. Arraiza Miranda ha continuado ejerciendo la notaría a pesar de estar suspendido conforme nuestra resolución de 30 de diciembre de 1983. Indica también que no ha entregado su obra notarial. Proceda el Alguacil del Tribunal a incautarse inmediatamente de su obra notarial para ser entregada al Director de Inspección de Notarías.

*Publíquese* y remítase copia al Secretario de Justicia para la acción que estime correspondiente. 4 L.P.R.A. sec. 740.

Lo acordó el Tribunal y certifica el señor Secretario General. Todos los señores Jueces de este Tribunal participaron por regla de necesidad.

(*Fdo.*) Bruno Cortés Trigo
*Secretario General*